■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDOLPH STEWART, Appellant. [672 NYS2d 770] —Appeal by the

defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered March 29, 1995, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to support the conviction is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review, without merit, or do not require reversal. Ritter, J. P., Goldstein, McGinity and Luciano, JJ., concur.